## DONNELLY v. THE COUNTY OF JOHNSON.

A witness for the defendant in a criminal prosecution, is not entitled to the payment of his witness fees out of the county treasury.

*Appeal from the Johnson District Court.*

SATURDAY, DECEMBER 18.

At the August term of the district court for Johnson county, 1858, Michael Freeman, and others, were tried on an indictment for murder, and acquitted. William Donnelly, the appellee, was summoned and in attendance upon said court, as a witness for the defence ; and his fees, as such witness, for his attendance and mileage, amounted to the sum of seventeen dollars and twenty cents. This claim was presented to the county judge for allowance; and the county judge, entertaining doubt as to the right of the said Donnelly to claim payment from the county, an agreed statement of the facts was made and signed by the parties, and presented in due form to the district court of said county, for its determination, under Code, chapter 18. The district court heard and determined the cause, and rendered judgment against the county for the amount of the claim. The defendant appeals.

*W. Penn. Clarke*, for the appellant.

No appearance for the appellee.

STOCKTON, J.—This judgment of the district court must be reversed. There is no provision in the statute giving

to a witness for the defendant in a criminal prosecution, the right to claim the payment of his witness fees from the county treasury. When called in behalf of the prosecution, he is to be paid by the county; but in no other case. He must look to the party summoning him as a witness, for his compensation.

Judgment reversed.